```
THE PALMER FIRM, P.C.
MIRUNA MIHAI, SBN 250696
MMIHAI@LAWFIRMLD.COM
11690 PACIFIC AVENUE, SUITE 110
FONTANA, CA 92337
Telephone: (909)581-7348
Facsimile: (909)581-7348

THE SEIDEMAN LAW FIRM, P.C.
GREGORY M. FITZGERALD, SBN 153082
GFITZGERALD@SEIDLAW.COM
RONALD L. REICH, SBN 246320
RREICH@SEIDLAW.COM
11690 PACIFIC AVENUE, SUITE 110
FONTANA, CA 92337
Telephone: (909) 581-7348
Facsimile: (909) 581-7348
```

Attorneys for Plaintiff: HOLLAND E. SHAW

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOLLAND E. SHAW, | Case No.: CV 09 - 04935 PA (RNBx) |
| PLAINTIFF, | COMPLAINT FOR: |
| VS. | 1. VIOLATION OF THE FAIR CREDIT REPORTING ACT |
| CITIBANK (SOUTH DAKOTA) N.A., DOES 1 THROUGH 100, INCLUSIVE, | **DEMAND FOR JURY TRIAL** |
| DEFENDANT | |

Plaintiff alleges:

<u>**PARTIES AND JURISDICTION**</u>

1. At all times herein mentioned, Plaintiff Holland E. Shaw is a citizen of the United States and of the State of California, and resides in the Central District of California.

1

COMPLAINT



2. At all times herein mentioned Defendant Citibank (South Dakota) N.A. is and was a business entity registered to do business in and engaged in business in the Central District of California.

3. The true names and capacities, whether individual, corporate, associate or otherwise of the Defendants named herein as Does 1 through 100, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will amend this complaint to show their true names and capacities when the same are ascertained. Plaintiff is informed and believes and on that bases alleges that each of the fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages herein alleged were proximately caused by such Defendants.

4. Plaintiff is informed and believes and on that basis alleges that at all times herein mentioned each of the Defendants was the agent, servant, and/or employee of their co-Defendants, and in doing the things hereinafter mentioned, were acting in the scope of their authority as such agents, servants and employees with the permission and consent of their co-Defendants.

5. This action is brought for penalties and damages due to violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

6. Jurisdiction is conferred on this Court by the Fair Credit Reporting Act, 15 U.S.C. § 1681p.

**GENERAL ALLEGATIONS**

7. Plaintiff incorporates by reference and realleges each and every allegation contained in paragraphs 1 through 4 above as though fully set forth herein.

8. Defendant Citibank (South Dakota) N.A. is a national banking association. As part of its business, Defendant extends credit to its customers, thereby creating a creditor/debtor relationship between itself and said customers. A principal part of Defendant's business is furnishing information to consumer reporting agencies regarding its customers.

9. Sometime prior to 2008, Plaintiff allegedly received a credit card from Citi Cards, issued by Citibank (South Dakota) N.A. and therefore incurred a financial obligation. This obligation went into default for late payment.

10. On or about September 26, 2007, Plaintiff, in an effort to resolve this debt, retained the services of The Palmer Firm, P.C., a law firm that provides assistance to consumers struggling with consumer-related debt issues.

11. On or about October 2, 2007, The Palmer Firm, P.C. sent a letter of representation to Citi Cards (see Exhibit "A" attached hereto). This letter notified Defendant that Plaintiff was represented by counsel and instructed Defendant to cease communication with Plaintiff from that point forward.

12. On or about March 5, 2008, The Palmer Firm, P.C. came to an agreement with Citi Cards to settle the debt for $385 and on March 6, 2008 Citi Cards sent The Palmer Firm, P.C. a letter

confirming the agreed upon settlement (see Exhibit "B" attached hereto).

13. Check 13923 in the amount of $385 was sent to Citi Cards in accordance with the settlement agreement. Citi Cards deposited or cashed check 13923 on March 31, 2008 and the transaction cleared on April 1, 2008 (see Exhibit "C" attached hereto).

14. On or about September 2008 Plaintiff was informed by Citi Cards that the debt was allegedly due and owing. Plaintiff disputed this and both Plaintiff and The Palmer Firm, P.C. sent proof of settlement to Citi Cards.

15. The Palmer Firm, P.C. faxed proof of settlement to Citi Cards, including a copy of the cashed check 13923, a minimum of five times from October 2008 through March 2009.

16. To date Citi Cards has not ceased to allege that Plaintiff continues to owe the settled debt and continues to report to consumer reporting agencies that the debt is due and owing.

## **VIOLATION OF THE FAIR CREDIT REPORTING ACT**

17. Plaintiff incorporates by reference and realleges each and every allegation contained in paragraphs 1 through 14 above as though fully set forth herein.

18. Defendants' actions violate section 1681s-2(b) of the Fair Credit Reporting Act.

19. As a proximate result of the above mentioned violations, Plaintiff has suffered, as herein alleged, actual damages in the form of anger, anxiety, emotional distress, frustration, upset, amongst other negative emotions, entitling Plaintiff to actual damages in an amount to be shown by proof at trial.

20. Because Defendant has willfully violated the Fair Credit Reporting Act, Plaintiff is also entitled to punitive damages for the violation.

## **DEMAND FOR JURY TRIAL**

21. Plaintiff is entitled to and demands a trial by jury on all issues so triable.

Plaintiff prays for:

1. An award of penalties, actual damages, and punitive damages in sum to be shown by evidence at trial;
2. An award for Plaintiff's reasonable attorney's fees;
3. An award of Plaintiff's costs; and
4. All other relief to which Plaintiff may be entitled.

Dated: June 5, 2009

THE PALMER FIRM, P.C.

By [signature]

Miruna Mihai
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

```
CV09- 4935 PA (RNBx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

The Palmer Firm, P.C.
Miruna Mihai, SBN 250696
11690 Pacific Avenue, Suite 110
Fontana, California 92337
Email Address: mmihai@lawfirmld.com
Telephone: 909-581-7348
Facsimile: 909-581-7348
Attorneys for Holland E. Shaw

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Holland E. Shaw,

v.

Citibank (South Dakota) N.A.,
Does 1 through 100, Inclusive,

DEFENDANT(S).

CASE NUMBER

CV 09 - 04935 PA (RNBx)

SUMMONS

TO: DEFENDANT(S): Citibank (South Dakota) N.A.

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, The Palmer Firm, P.C., whose address is 11690 Pacific Ave. Suite 110, Fontana, CA 92337. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**TERRY NAFISI**
Clerk, U.S. District Court

Dated:   JUL -9 2009          By:   L. MURRAY
                                     Deputy Clerk

                                     (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

---

CV-01A (12/07)                         SUMMONS                    COPY    

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Holland E. Shaw | Citibank (South Dakota) N.A. |

CV 09 - 04935 PA (RNBx)

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Miruna Mihai, The Palmer Firm, P.C.
Gregory M. Fitzgerald, Ronald L. Reich, The Seideman Law Firm, P.C.
11690 Pacific Ave., Suite 110, Fontana, CA 92337 (909) 581-7309

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No     ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. section 1681 et seq. - Willful violation of the Fair Credit Reporting Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | **IMMIGRATION** | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | **FEDERAL TAX SUITS** |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

FOR OFFICE USE ONLY:     Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                     CIVIL COVER SHEET                     Page 1 of 2

COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | State of South Dakota |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date June 5, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |